JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RACHEL PADILLA,<br><br>        Plaintiff,<br><br>    v.<br><br>LOUIS DeJOY, Postmaster General,<br>UNITED STATES POSTAL SERVICE,<br><br>        Defendant. | Case No. 2:20-cv-11398-CAS-AFMx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT LOUIS DEJOY**<br><br>Hearing Date:   October 23, 2023<br>Hearing Time:   10:00 a.m.<br>Ctrm:           8D<br><br>Honorable Christina A. Snyder<br>United States District Judge |

The Motion for Summary Judgment filed by Defendant Louis DeJoy, Postmaster General ("Defendant"), United States Postal Service, having come on for hearing, and the Court having considered the pleadings, evidence presented, and argument on the motion, the Court grants judgment in favor of the Defendant and against plaintiff Rachel Padilla.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is granted and judgment is hereby entered for Defendant. Each side shall bear its own attorneys' fees and costs.

Date: January 2, 2024

*Christine A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE